65 A.3d 259

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. KENNETH W. VERPENT, DEFENDANT–
PETITIONER.

January 16, 2013.

ORDERED that the petition for certification is granted limited to the following issues: 1) whether the trial court erred in denying

defendant's motion to suppress the results of the urine test; 2) whether the trial court abused its discretion in admitting certain expert testimony that was allegedly beyond the scope of the expert's qualifications; and 3) whether the trial court impermissibly allowed expert testimony on the ultimate issue of fact.